UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIE LEE WILLIAMS, | ) | No. CV 20-1768-JAK (AGR) |
| Petitioner, | ) ) | |
| v. | ) ) | JUDGMENT |
| UNKNOWN, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Dismissing First Amended Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the First Amended Petition For Writ of Habeas Corpus is denied and this action is dismissed without prejudice.

DATED: April 20, 2020

_____
JOHN A. KRONSTADT
United States District Judge